THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DIANE BROZOSKY

      v.                    CIVIL CASE NO.: 08-824

NCO FINANCIAL SYSTEMS, INC., et al

O R D E R

**AND NOW, TO WIT:** This 18th Day of JUNE 2008, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

**ORDERED** that the above actions are **DISMISSED** with prejudice, pursuant to agreement of counsel without costs. The Court intends to retain jurisdiction for 90 days from now, and any settlement agreement is approved and made a part of the record and this Order for enforcement purposes.

**MICHAEL E. KUNZ,** Clerk of Court

**BY:** S/HELEN A. NICHOLAS
      Helen A. Nicholas
      Deputy Clerk

Civ 2 (7/95)
41.1(b)